# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

FILED
SEP 29 2017
Clerk, US District Court
District of Montana - Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS WAYNE OLSON and<br>KRISTA LEAH ANDERSON,<br><br>Defendants. | Case No. CR-17-48-BLG-SPW<br><br>ORDER ON MOTION TO SUPPRESS |

Defendants Curtis Wayne Olson and Krista Leah Anderson moved to suppress evidence found in Anderson's vehicle. (Doc. 45). An evidentiary hearing was held on September 29, 2017. For the reasons stated on the record at the hearing, the motion is GRANTED.

DATED this 29th day of September, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1