IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS WAYNE OLSON and<br>KRISTA LEAH ANDERSON,<br><br>Defendants. | CR 17-48-BLG-SPW<br><br>ORDER |
|---|---|

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 69), and good cause appearing,

IT IS HEREBY ORDERED that the indictment filed on April 20, 2017 in this case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the trial set for January 29, 2018 is VACATED.

DATED this 9th day of January, 2018.

SUSAN P. WATTERS
United States District Judge