IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
JAN 1 0 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-48-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER RELEASING DEFENDANT |
| CURTIS WAYNE OLSON, | |
| Defendant. | |

Pursuant to the Court's Order Dismissing the Indictment Without Prejudice (Doc. 70),

IT IS HEREBY ORDERED that Defendant, Curtis Wayne Olson, be released from the custody of the U.S. Marshals Service.

DATED this 9th day of January, 2018.

SUSAN P. WATTERS
United States District Judge

1